UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERMAN LEAL, ESPERANZA PENA, AND WENDY WILLIAMS on behalf of themselves and the Baxter International Inc. & Subsidiaries Incentive Investment Plan, and all other similarly situated ERISA plan participants and beneficiaries,<br><br>   Plaintiffs,<br><br>v.<br><br>STATE STREET BANK & TRUST CO.,<br><br>   Defendant. | C.A. No. 17-cv-10512-MLW |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs German Leal, Esperanza Pena, and Wendy Williams ("Plaintiffs"), by and through their undersigned counsel, and State Street Bank and Trust Company ("State Street") (together, the "Parties"), by and through its undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS:**

A. On March 25, 2017, Plaintiffs German Leal and Esperanza Pena filed a class action complaint against State Street, State Street Global Advisors, and State Street Global Markets, LLC in the United States District Court for the District of Massachusetts (the "Court"). The complaint asserted, *inter alia*, violations of §§ 404, 405, and 406 of ERISA.

B. On August 28, 2017, Plaintiffs German Leal, Esperanza Pena, and Wendy Williams filed an amended class action complaint ("Complaint") against State Street. The Complaint asserted, *inter alia*, violations of §§ 404 and 406 of ERISA.

- 2 -

C. On October 24, 2017, the Parties filed a Motion to Stay the Action to engage in an exchange of information and assess whether it was in the respective interests of the Parties to pursue a possible resolution of the Action.

D. On November 2, 2017, the Court entered an order staying the Action.

E. Pursuant to a Mediation Agreement, dated November 6, 2017, the Parties engaged the services of Johnathan Marks at MARKSADR, LLC to assist them in a mediation process.

F. On December 14, 2017, the Parties filed a Stipulation, Joint Motion, and Proposed Order for the Production and Exchange of Confidential Information.

G. On January 8, 2018, the Court entered an order endorsing the Stipulation, Joint Motion, and Proposed Order for the Production and Exchange of Confidential Information.

H. Thereafter, the Parties exchanged documents and information and attended a mediation session on October 2, 2018.

I. Following the mediation session, the Parties continued to exchange documents and information, and ultimately, as stated below, agreed to a potential settlement of the Action.

J. On October 30, 2018; May 6, 2019; November 4, 2019; and February 28, 2020 the Parties filed additional joint motions to stay the Action to permit further settlement discussions and to allow for the resolution of a related investigation by the U.S. Department of Labor, which was continuing in parallel with the litigation.

K. The Action advanced claims, *inter alia*, concerning the adequacy of State Street's remediation of State Street's overbillings to funds or plans subject to ERISA for thirteen categories of expenses often described in State Street's fee schedules and invoices as out-of-pocket expenses ("Expenses"). In calculating the remediation amount, as State Street had disclosed in writing to its clients, State Street reduced the total amount overbilled for Expenses for each unique customer

invoice code by the total amount it asserted it had underbilled for Expenses on the same unique customer invoice code, in effect offsetting amounts assertedly underbilled against amounts overbilled for each category of Expenses.

L.      After extensive arm's-length negotiations with the assistance of the mediator, and after confirmatory discovery, State Street has now agreed to pay the total amount of $2,235,502 to its clients that are ERISA plans or that have at least one fund holding assets subject to ERISA (together, "Clients"), which is 100% of the total amount of asserted underbillings offset against overbillings of such Clients with respect to Expenses for their funds holding assets subject to ERISA (the "Offsets"); to pay Plaintiffs' counsel the amount of $414,498 for attorney's fees, costs, and expenses; and to pay to $5,000 to each Plaintiff as a service award to be allocated from the $414,498 amount.

M.      State Street has denied and continues to deny any fault, liability, or wrongdoing of any kind, and denies that the evidence developed supports the claims asserted in the Complaint. State Street also has denied and continues to deny each and all of the claims and contentions alleged by Plaintiffs. State Street further has denied and continues to deny that Plaintiffs or any of its clients with at least one fund subject to ERISA were harmed or suffered any loss as a result of Offsets. State Street is making this payment solely to eliminate the burden, expense, inconvenience, uncertainty, and distraction of further protracted litigation.[1]

**NOW THEREFORE**, the Parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to the dismissal with prejudice of all claims asserted by Plaintiffs

---

[1]      For the avoidance of doubt, State Street does not deny any of the facts that State Street Corp. stipulated to in Attachment A to the Deferred Prosecution Agreement entered into by State Street Corp. and the United States Attorney's Office for the District of Massachusetts, which was filed with the United States District Court for the District of Massachusetts on May 13, 2021. *See United States v. State Street Corp.*, 1:21-cr-10153 (D. Mass.).

in the above-captioned case, with waiver of all rights of appeal. Except as otherwise provided herein, each party shall bear his, her, or its own costs.

Date: __September 28, 2021__                                                                 SO STIPULATED.


By: __/s/ *Jeffrey Lewis*__

Jeffrey Lewis (*pro hac vice*)
KELLER ROHRBACK LLP
180 Grand Avenue
Suite 1380
Oakland, CA 94612
(510) 463-3900
jlewis@kellerrohrback.com

Lynn L. Sarko (*pro hac vice*)
KELLER ROHRBACK LLP
1201 Third Avenue
Seattle, WA 98101
(206) 623-1900
lsarko@kellerrohrback.com
dcopley@kellerohrback.com

*For German Leal, Esperanza Pena, and Wendy Williams*

By: __/s/ *James Bloom*__

Todd M. Schneider (*pro hac vice*)
Kyle G. Bates (*pro hac vice*)
James A. Bloom (*pro hac vice*)
SCHNEIDER WALLACE COTTRELL
 KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com
kbates@schneiderwallace.com
jbloom@schneiderwallace.com

*For German Leal, Esperanza Pena, and Wendy Williams*

By: __/s/ *Jonathan Feigenbaum*__

Jonathan M. Feigenbaum, Esq.
184 High Street
Boston, Massachusetts 02110
Tel: (617) 357-9700
jonathan@erisattorneys.com

*For German Leal, Esperanza Pena, and Wendy Williams*


By: __/s/ *Robert K. Smith*__

William H. Paine (BBO# 550506)
Daniel W. Halston (BBO# 548692)
Robert K. Smith (BBO# 681914)
Dan Willey (BBO# 693924)
WILMER CUTLER PICKERING HALE
   AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
William.Paine@wilmerhale.com
Daniel.Halston@wilmerhale.com
Robert.Smith@wilmerhale.com
Dan.Willey@wilmerhale.com

*For State Street Bank and Trust Co.*